# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** [X] COMPLAINT  [ ] INFORMATION  [ ] INDICTMENT  [ ] SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location:** NORTHERN DISTRICT OF CALIFORNIA — OAKLAND DIVISION

## OFFENSE CHARGED

18 U.S.C. §§ 2422(b) – Enticement and Coercion of a Minor

[ ] Petty
[ ] Minor
[ ] Misdemeanor
[X] Felony

**PENALTY:** See Attached Penalty Sheet

## DEFENDANT - U.S

▶ ADALBERTO BORJA GUARDADO

**DISTRICT COURT NUMBER:** 4:21-mj-70203-MAG

**FILED**
Feb 03 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## DEFENDANT

**IS NOT IN CUSTODY**
1) [ ] Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) [ ] Is a Fugitive
3) [ ] Is on Bail or Release from (show District) _____

**IS IN CUSTODY**
4) [ ] On this charge
5) [ ] On another conviction  [ ] Federal  [ ] State
6) [X] Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution: Martinez Detention Facility - Contra Costa County

Has detainer been filed? [ ] Yes  [ ] No   If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

[ ] This report amends AO 257 previously submitted

## PROCEEDING

**Name of Complainant Agency, or Person (& Title, if any):** HSI - Contra Costa County District Attorney's Office

[ ] person is awaiting trial in another Federal or State Court, give name of court _____

[ ] this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District _____

[ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of:
[ ] U.S. ATTORNEY  [ ] DEFENSE

**SHOW DOCKET NO.** _____

[ ] this prosecution relates to a pending case involving this same defendant

**MAGISTRATE CASE NO.** _____

[ ] prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under _____

**Name and Office of Person Furnishing Information on this form:** DAVID L. ANDERSON
[X] U.S. Attorney  [ ] Other U.S. Agency

**Name of Assistant U.S. Attorney (if assigned):** JONATHAN U. LEE, AUSA

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
[ ] SUMMONS  [ ] NO PROCESS*  [X] WARRANT    **Bail Amount:** No Bail

If Summons, complete following:
[ ] Arraignment  [ ] Initial Appearance

**Defendant Address:** _____

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

**Date/Time:** _____    **Before Judge:** _____

**Comments:**

-1-

## PENALTY SHEET

### Enticement and Coercion of a Minor in violation of 18 U.S.C. §2422(b)

### Maximum Penalties:

- Maximum life term of imprisonment;
- Minimum 10 year term of imprisonment;
- Maximum supervised release term of life;
- Minimum supervised release term of 5 years;
- Maximum fine $250,000;
- $100 special assessment;
- $5,000 special assessment per 18 U.S.C. § 3104(a);
- Maximum Special Assessment of $50,000 per 18 U.S.C. § 2259A(a)(3);
- Restitution; and
- Forfeiture.

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| United States of America | ) |
| v. | ) |
| ADALBERTO BORJA GUARDADO, | ) Case No. 4:21-mj-70203-MAG |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant(s)* | |

**FILED**

Feb 03 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 9, 2019__ in the county of __Contra Costa__ in the __Northern__ District of __California__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2422(b) | Enticement and Coercion of a Minor |

See attached penalty sheet

This criminal complaint is based on these facts:

Attached Affidavit of United States Department of Homeland Security Task Force Officer Darryl Holcombe.

☐ Continued on the attached sheet.

Approved As To Form:

*/s/ Jonathan U. Lee*
AUSA JONATHAN U. LEE

*/s/ Darryl J. Holcombe*
*Complainant's signature*

Darryl J. Holcombe, TFO, DHS
*Printed name and title*

Sworn to before me ~~and signed~~ by telephone pursuant to Fed. R. Crim. P. 4.1 ~~in my presence~~.

Date: 02/03/2021

*Virginia K. DeMarchi*
*Judge's signature*

City and state: San Jose, California

Hon. Virginia K. DeMarchi, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Darryl J. Holcombe, do swear and affirm as follows:

## I. INTRODUCTION AND PURPOSE FOR AFFIDAVIT

1. This affidavit is made in support of a criminal complaint against Adalberto Guardado ("Guardado") for Coercion and Enticement of a Minor pursuant to Title 18, United States Code, Section 2242(b). The statements contained in this affidavit are based on my experience and training as a Senior Inspector with the Contra Costa County District Attorney's Office and Task Force Officer with the Department of Homeland Security, Homeland Security Investigations and the information provided to me by other law enforcement officers. Because this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause that Guardado violated Title 18, United States Code, Section 2242(b), coercion and enticement of a minor and 18.

## II. AGENT BACKGROUND

2. I am a Senior Inspector with the Contra Costa County District Attorney's Office, assigned to the Sexual Assault unit. I am also assigned to the Silicon Valley Internet Crimes Against Children Task Force and serve as a Task Force Officer with Homeland Security Investigations. I have been employed with the Contra Costa County District Attorney's Office since November 2011. Prior to that, I was a police officer with the City of Concord for eleven years. I attended a basic police academy in 1999 at the Los Medanos Police Academy. I am authorized to investigate violations of federal law, and to execute warrants issued under the authority of the United States. In this capacity, I investigate criminal violations relating to child exploitation including violations pertaining to the possession, receipt, distribution, and production of child pornography in violation of Title 18, United States Code, Sections 2251 and 2252. I have received training in the area of child pornography and child exploitation investigations, and have had the opportunity to observe and review numerous examples of child

pornography (as defined in Title 18, United States Code, Section 2256) in many forms of media, including computer media.

### III. APPLICABLE LAW

3. Title 18, United States Code, Section 2422(b) states that…

Whoever, using the mail or any facility or means of interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States knowingly persuades, induces, entices, or coerces any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempts to do so, shall be fined under this title and imprisoned not less than 10 years or for life.

### IV. FACTS ESTABLISHING PROBABLE CAUSE

4. On September 14, 2019, Minor 1's mother (Minor Victim's Mother) came to the San Pablo Police Department to report her daughter, Minor 1, had been the victim of a sexual assault. Minor 1 is a three-year-old female. Minor Victim's Mother reported she was a caregiver for Ana Guardado (Ana), who is 93 years old. Ana lives at San Pablo with her adult son, Adalberto Guardado (Guardado).

5. On September 9, 2019, Minor Victim's Mother took Minor 1 to Ana's house. When Minor Victim's Mother arrived at the house, she had to assist Ana in the bathroom. She said Minor 1 wanted to stay with her but Guardado told Minor 1 to go into the living room to watch television. This was the first time that Minor 1 interacted with Guardado.

6. On September 10, 2019, Minor 1 disclosed to Minor Victim's Mother that Guardado had pulled down her pants and underpants and took a picture with his cell phone of her lower body when Minor Victim's Mother was assisting Ana in the bathroom on September 9, 2019.

7. On September 14, 2019, San Pablo Police Detective Perino obtained a warrant to search Guardado's home and to seize electronic devices, specifically smartphones. Det. Perino

also obtained an arrest warrant for Guardado. The search warrant and arrest warrant were approved by the Honorable Charles Burch, Superior Court Judge for Contra Costa County.

8. On September 14, 2019, at 2232 hours, the search warrant and arrest warrant were served at Guardado's residence in San Pablo, California. Three smartphones were seized from the residence. Guardado was arrested for a violation of California Penal Code section 288(a), child molestation.

9. On September 30, 2019, I obtained a federal search and seizure warrant for three devices associated with this investigation. The warrant was approved by the Honorable Kandis A. Westmore, United States Magistrate Judge.

10. On one of the devices, a Samsung Galaxy Smartphone, Model SM-J260T1, I located a video that shows Guardado sexually assaulting Minor 1. This video is 54 seconds long. It depicts Minor 1 with underwear on and Guardado using the camera to view her vagina up close. Guardado pulls her underwear down so her vagina is exposed. The video continues to record Minor 1 while focused on her vagina. At one point in the video, Guardado uses his finger to pull apart her vagina while continuing to record her vagina on the video. I listened to the audio in the background on the video and was able to hear Guardado use the word "bonita" when filming Minor 1. Translated into English, "bonita" means beautiful. The video was stored on the camera roll on the phone.

11. I examined the EXIF data associated with the video. The naming convention for the video depicting Minor 1 is formatted in year/month/date format with the time after underscore. As a result, based on the file name, I know this video was created on September 9, 2019 at 0923 hours. The video depicts sexually explicit conduct as defined within 18 U.S.C. § 2256.

12. A further review of Guardado's three smartphones revealed these additional images of child pornography on the same smartphone containing the video of Minor 1.

> Image # 1: This image depicts a pre-pubescent girl, approximately 9-10 years old. Her genitals are exposed to the camera and the focal point of the image is to display her

3

genitals to the camera. The image depicts sexually explicit conduct as defined within 18 U.S.C. § 2256.

Image # 2: This image depicts a pre-pubescent girl, approximately 9-10 years old. Her legs are spread and she is using her fingers to spread apart her vagina and the focal point of the image is to display her genitals to the camera. The image depicts sexually explicit conduct as defined within 18 U.S.C. § 2256.

Image # 3: This image depicts a pre-pubescent girl, approximately 3-4 years old. Her genitals are exposed to the camera and the focal point of the image is to display her genitals to the camera. The image depicts sexually explicit conduct as defined within 18 U.S.C. § 2256.

13. I located attribution data on the phone linking it to Guardado. I located a MMS Message dated September 11, 2019, with an image of a bill for Ana Guardado. The extraction of the device also revealed a copy of a bill for Guardado and images of himself.

14. A further review of Guardado's other smartphones revealed the following additional images of child pornography on Guardado's Samsung Galaxy J3 Prime, Model # SM-J327T1, IMEI 359214090998901, Serial # RV8K615QKPJ:

Image # 1: This video file appears as a GIF file (a short video). The video depicts a pre-pubescent girl, 8-9 years old, with a male inserting his penis into her vagina.
Image # 2: This image depicts a pre-pubescent girl, approximately 7-9 years old. Her genitals are exposed to the camera and the focal point of the image is to display her genitals to the camera.

15. On September 18, 2019, Guardado was charged by the Contra Costa County District Attorney's Office with a violation of California Penal Code section 288(a), Lewd Acts with a child under 13.

///

///

## V.     CONCLUSION

16.     Based on the aforementioned facts and information, there is probable cause to believe that on or about September 9, 2019, in the Northern District of California, Guardado coerced and enticed a minor in violation of Title 18, United States Code, Section 2242(b).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

/s/ *Darryl J. Holcombe*
DARRYL J. HOLCOMBE
Task Force Officer
Department of Homeland Security, Homeland Security Investigations

Sworn to before me over the telephone and signed by me pursuant to Fed.R.Crim.P 4.1 and 4(d) on this 3 day of February 2021.

*Virginia K. DeMarchi*
HONORABLE VIRGINIA K. DEMARCHI
United States Magistrate Judge
Northern District of California