IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

ADALBERTO GUARDADO,

Defendant.

**Case No.:** CR 21–0241 JSW (DMR)

**STIPULATED ORDER (AS MODIFIED) CONTINUING HEARING & EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**

The above-entitled matter is currently scheduled for Status re: Preliminary Hearing/ Arraignment and Status re: Detention Hearing on June 17, 2021. The government has filed an Information against the Defendant on June 10, 2021. Counsel for the defendant represents in this stipulated order that counsel is unavailable for that appearance because of a conflicting in-person sentencing in San Francisco. The defense accordingly requests that the matter be continued until June 18, 2021 at 1:00 p.m. for Arraignment on Information and Status re: Detention Hearing.

The government has no objection to this proposed continuance.

Therefore, for good cause shown the hearing currently scheduled on June 17, 2021 shall be vacated. The matter shall be continued until June 18, 2021 at 1:00 p.m.

//

//

//

//

//

//

The Court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and defendant in a speedy trial, and accordingly excludes time under the Speedy Trial Act until the new date. The Court finds this exclusion necessary to permit for continuity of counsel and to allow for the effective preparation of defense counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO STIPULATED.

June 14, 2021
Dated

STEPHANIE HINDS
Acting United States Attorney
Northern District of California

/S

JONATHAN LEE
Assistant United States Attorney

June 14, 2021
Dated

GEOFFREY HANSEN
Acting Federal Public Defender
Northern District of California

/S

GRAHAM ARCHER
Assistant Federal Public Defender

IT IS SO ORDERED AS MODIFIED.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED AS MODIFIED
Judge Donna M. Ryu

June 14, 2021
Dated

HON. DONNA M. RYU
United States Magistrate Judge